Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Mark Garcia



FILED
SEP 1 4 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK GARCIA,<br><br>Defendant. | CR 09- 00863 JSW<br><br>DEFENDANT MARK GARCIA'S MOTION TO WAIVE HIS APPEARANCE AT DISCOVERY MOTION HEARING, AND [~~PROPOSED~~] ORDER THEREFORE<br><br>Date: Wed., September 22, 2010<br>Time: 1:30 p.m.<br>Court: Hon Bernard Zimmerman |

    Defendant Mark Garcia, through his attorney, hereby respectfully asks that his appearance at the September 22 discovery motion hearing be waived. The hearing is to address two motions, one filed by the government to quash a Rule 17 subpoena issued by one of his co-defendants, and the other one filed by another co-defendant to compel discovery. Mr. Garcia has joined in the discovery motion, and undersigned counsel expects to be present at the hearing. These are both non-dispositive motions. Undersigned counsel was appointed for Mr. Garcia under the Criminal Justice Act.

Mr. Garcia is free on bond and living in Southern California. Traveling to Northern California is a financial hardship for him, due both to the cost of the travel and to having to miss work. He requested that I file this motion to waive his appearance.

Dated: September 14, 2010              Respectfully submitted,

                                       /s/ Mark D. Eibert
                                       Mark D. Eibert
                                       Attorney for Defendant Mark Garcia

## ORDER

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Defendant Mark Garcia's appearance at the September 22 motions hearing is waived.

SO ORDERED.

Dated: September 14, 2010

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE