1  Mark D. Eibert  (Bar # 116570)
   Attorney at Law
2  P. O. Box 1126
   Half Moon Bay, CA 94019-1126
3  Telephone: (650) 638-2380
   Fax: (650) 712-8377
4
   Attorney for: Defendant Mark Garcia
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )   CR 09- 00863 JSW
                                    )
13        Plaintiff,                )
                                    )
14        vs.                       )   DEFENDANT MARK GARCIA'S MOTION
                                    )   TO WAIVE HIS APPEARANCE AT
15 MARK GARCIA,                     )   MOTION HEARING, AND
                                    )
16        Defendant.                )   [~~PROPOSED~~] ORDER THEREFORE
                                    )
17                                  )
                                    )
18                                  )
                                    )
19 _____ )

20

21     Defendant Mark Garcia, through his attorney, hereby respectfully asks that his

22 appearance at the February 9 motions hearing be waived.  The reason is that Mr. Garcia has been

23 on bond for more than a year, and he is living in Southern California under Pretrial Services'

24 supervision.  During the past year, he has complied with all his conditions of bond, including

25 appearing in San Francisco for numerous court appearances (except those where his appearance

26 was waived in advance by Your Honor and Judge White).  Traveling to Northern California is a

27 financial hardship for him, due both to the cost of the travel and to having to miss work or the

28

1  opportunity to seek and obtain work.  He requested that I file this motion to waive his
2  appearance. Undersigned counsel was appointed for Mr. Garcia under the Criminal Justice Act.
3        The hearing is to address two motions, both filed by co-defendants.  One of those
4  motions is under seal and as far as undersigned counsel knows it does not apply to Mr. Garcia.
5  The other is a motion to reconsider discovery rulings by this Court pursuant to a motion by a co-
6  defendant.  Mr. Garcia has joined in the discovery motion, and undersigned counsel expects to
7  be present at the hearing.  These are both non-dispositive motions.

8  Dated:  January 31, 2011                Respectfully submitted,

                    ___/s/  Mark D. Eibert_____
                    Mark D. Eibert
                    Attorney for Defendant Mark Garcia

### **ORDER**

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Defendant Mark Garcia's appearance at the February 9 motion hearing is waived.

SO ORDERED.

Dated:  February 3, 2011                _____
                    HON. BERNARD ZIMMERMAN
                    UNITED STATES DISTRICT JUDGE