1 | Mark D. Eibert (Bar # 116570)
  | Attorney at Law
2 | P. O. Box 1126
  | Half Moon Bay, CA 94019-1126
3 | Telephone: (650) 638-2380
  | Fax: (650) 712-8377
4 |
  | Attorney for: Defendant Mark Garcia
5 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 09-863 JSW (BZ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **UNOPPOSED** MOTION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA FOR UP TO 3 NIGHTS |
| MARK GARCIA, | ) |
| Defendant. | ) |

Defendant Mark Garcia, through his attorney, respectfully requests that the Court modify the conditions of his release to allow him to travel to the Eastern District of California for up to three nights.

The reason is that Mr. Garcia, who is free on bail and living in the Central District of California, will be making a very lengthy drive to San Francisco for a court hearing before Judge White on the afternoon of May 26. He wishes to stop in Carmichael in the Eastern District on his way back to Southern California to visit his aunt. He would be leaving San Francisco after court on May 26, staying in Carmichael with relatives that night and possibly the weekend that follows, and returning to Southern California no later than Sunday, May 29. Due to his financial

1  condition, it would be a hardship for Mr. Garcia to pay for a motel the night after his afternoon
2  court appearance. His conditions of release currently restrict his travel to the Central and
3  Northern Districts; Carmichael is in the Eastern District near Sacramento.
4      Both Mr. Garica's Pretrial Services Officer, Mr. K. J. Gibson, and the AUSA prosecuting
5  this case, Tarek Helou, Esq., have graciously stated that they do not oppose this motion. A copy
6  of this motion and any resulting Order will be e-mailed to Mr. Gibson.
7      For the foregoing reasons, the parties respectfully ask the Court to enter the Order below.
8  Dated: May 23, 2011     Respectfully submitted,

    /s/ Mark D. Eibert
    Mark D. Eibert
    Attorney for Defendant Mark Garcia

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that defendant Mark Garcia can travel to the area of Carmichael, California, in the Eastern District of California, on May 26, returning to the Central District no later than Sunday, May 29, 2011. He shall provide Pretrial Services with his itinerary and any other information they request about his trip before leaving, and comply with any conditions that Pretrial Services may set.

IT IS SO ORDERED.

Dated: May 24, 2011

Hon. Bernard Zimmerman
United States Magistrate Judge

UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER
, U.S. V. MARK GARCIA, CR NO. 09-863 JSW     -2-