Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Mark Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK GARCIA,<br><br>    Defendant. | CR 09-863 JSW (BZ)<br><br>**UNOPPOSED** MOTION AND <s>[PROPOSED]</s> ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA FOR WORK AND FAMILY VISITS WITH THE APPROVAL OF PRETRIAL SERVICES |

Defendant Mark Garcia, through his attorney, respectfully requestS that the Court modify the conditions of his release to allow him to travel to the Eastern District of California when and as permitted by Pretrial Services for work and family visitation purposes.

The reasons are as follows.  First, Mr. Garcia, who is free on bail and living in the Central District of California, works as a security guard.  One of his sources of employment is a security company in the Eastern District that offers him work in various places, usually on short notice, and it is often is impracticable to get individual permission from the Court in time to allow him to accept the jobs.  Second, Mr. Garcia often has to make a very lengthy drive to San Francisco for court hearings and other purposes related to his pending case.  He has relatives in various

locations in the Eastern District that he sometimes stays with after these hearings, mostly to save the cost of motels. He also wishes to visit them at other times. This Court has previously approved several applications for individual visits to the Eastern District for work and to visit or stay with relatives. These repeated applications take up judicial, prosecutorial and CJA resources. Mr. Garcia's conditions of release currently restrict his travel to the Central and Northern Districts. He has complied with all the conditions of his release to date.

Yesterday, the Court granted Mr. Garcia's co-defendant, Thomas Carter, the following modification to his conditions of release:

"The defendant shall not travel outside the Northern District of California, except for travel to the Eastern District of California for employment and family visitation purposes, with the prior notification of the supervising Pretrial Services Officer."

Mr. Garcia is asking for the same Order.

Both Mr. Garica's Pretrial Services Officer, Mr. K. J. Gibson, and one of the AUSAs prosecuting this case, Arvon Perteet, Esq., have graciously stated that they do not oppose this motion. A copy of this motion and any resulting Order will be e-mailed to Mr. Gibson.

For the foregoing reasons, defendant Mark Garcia respectfully asks the Court to enter the Order below.

Dated: May 25, 2011     Respectfully submitted,

    /s/ Mark D. Eibert
    Mark D. Eibert
    Attorney for Defendant Mark Garcia

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that defendant Mark Garcia shall not travel outside the Northern and Central Districts of California, except for travel to the Eastern District of California for employment and family visitation purposes, with the prior notification of the supervising Pretrial Services Officer.  He shall provide Pretrial Services with his itinerary and any other information they request about his trip, and comply with any and all conditions that Pretrial Services may set.

IT IS SO ORDERED.

Dated: May 25, 2011

Hon. Bernard Zimmerman
United States Magistrate Judge